IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN PADRON, et al.,

    Plaintiffs,

vs.                                                                                          Civ. No. 00-1179 RLP/WWD

DENNIS J. ROMO, et al.,

    Defendants.

## REPORT AND RECOMMENDATION

On May 11, 2001, a settlement conference between the parties in this cause was held. No one appeared for the Defendants. Defense counsel, Martin Chavez, had previously withdrawn. The Defendants also did not appear at our initial scheduling conference held on November 13, 2000. The damages sought in this case are liquidated since they are wage claims. Counsel for Plaintiffs has indicated that he will seek a default judgment against Defendants. After an appropriate hearing, I would recommend that the Court seriously consider granting the motion for default judgment.

                                                                            _____
                                                                            UNITED STATES MAGISTRATE JUDGE